UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHELLE Y. COE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 1:13-cv-00240-JMS-TAB |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and SUNTRUST MORTGAGE, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

*Pro se* Plaintiff Michelle Coe initiated this litigation over twelve years ago, [Filing No. 1], and the Court dismissed the case for lack of subject-matter jurisdiction in 2013, [Filing No. 19]. Since then, Ms. Coe has filed multiple motions seeking relief and, in some cases, labeled her filings as "emergency" motions. On August 27, 2025, the Court denied a Motion to Reconsider Order Denying Motion to Set Aside Final Order for Fraud on the Court and Motion for Summary Judgment, [Filing No. 52], and an Emergency Motion for Contempt, Writ of Possession, Asset Freeze, and Injunction, [Filing No. 55], filed by Ms. Coe. [Filing No. 56.] In its Order, the Court cautioned Ms. Coe that further motions filed in this matter would be summarily denied for lack of jurisdiction and that "the filing of future motions by Ms. Coe may result in the imposition of sanctions in the form of a fine." [Filing No. 56 at 6.]

Within a few days of the Court's August 27, 2025 Order, Ms. Coe filed a Notice of New Facts and Request for Temporary Restraining Order and Fraudulent Party Alert, [Filing No. 57], and an Emergency Motion for Contempt, [Filing No. 58]. Both motions, [57; 58], are **SUMMARILY DENIED** for lack of subject-matter jurisdiction. Because it is possible that Ms.

Coe had not received the Court's August 27, 2025 Order when she filed these motions, the Court declines to impose sanctions at this time. The Court reiterates its warning, however, that Ms. Coe risks the imposition of monetary sanctions if she continues to file motions in this matter.

Date: 9/9/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF to all counsel of record**

**Distribution via United States Mail to:**

Michelle Y. Coe
733 E. 33rd St.
Indianapolis, IN 46205

Michelle Y. Coe
481 SW 58th Ave.
Plantation, FL 33317